```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SMART STUDY CO., LTD.,

                Plaintiffs,

        - against -

ABABYKING STORE, AMZPTBOY, BOMCAN, CLARE-
TECH-ONLINE, CRAFPLAY, CUTE CHERRY,
DISPLAY IT, DONGXIAO, DOTLITE,                      ORDER
ECSTATICPARTY, ELSANIKO, FRUITFUL PARTY,
GLIGLITTR, GLORY PARTERNER, HABBIPET,           21 Civ. 1783 (NRB)
JENNIFER PER, JIAZSTYLED, JIEJIN,
JINBAORUI, JU XI, KANGGY, KIDSINWE, KISS
MONKEY, KOBIT DIRECT,
KUANCHENGQUXINFAFAXIANSHENGXIAN,
LEJIAWANG, LIANQIANMAOYIY, LYNHEVA,
PAKBOOM, PARTY WELL, PEACOCKUI, QIYNAO,
RONGFUCHANG, SENWAN GIFT STORE, SHAMI,
SIENON, SQZKZC, STARINGIRL, SUMMERDAYS,
TIME-KILLER, TOYS POUCH, WEI MI, WHHOKNB,
XIANHEYUANXINGONGMAOYOUXIANGONGSI-25,
XINGRONGSHENG, YAMATCH DIRECT, YAWDYA,
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,
YUJIAXINGGONGSI, YUYOUJIA, ZHAO2888,
ZHONGZHUANG and ZITADA,

                Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the Court entered an Order on March 3, 2021 providing that the filings in this action be sealed pending a hearing on plaintiff's application for a preliminary injunction; and

WHEREAS, the purpose of that Order having been fulfilled; it is hereby

- 2 -

**ORDERED** that the case be unsealed and that the prior filings be uploaded to Court's ECF Case Filing System.

Dated:   New York, New York
         March 30, 2021

                                    _____
                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE