```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SMART STUDY CO., LTD.,

                Plaintiff,                    ORDER

                                         21 Civ. 1783 (NRB)
        - against -


ABABYKING STORE et al.,

                Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on April 26, 2021, notwithstanding the provisions of the Court's Individual Practices 2(B) and in violation thereof, defendant Elsaniko filed a motion to sever and dismiss plaintiff's complaint against it (see ECF No. 26); it is hereby

**ORDERED** that the Clerk of Court strike from the docket ECF No. 26 and terminate the pending motion; and it is further

**ORDERED** that, if Elsaniko wishes to file a motion to sever and dismiss the complaint, it must comply with the Court's Individual Practices.

```
Dated:   New York, New York
         April 26, 2021
```

                                        _____
                                           NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE