UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SMART STUDY CO., LTD.,

                Plaintiff,

                21 **CIVIL** 1783 (NRB)

      -against-              **DEFAULT JUDGMENT**

ABABYKING STORE, AMZPTBOY, BOMCAN, CLARE-TECH-ONLINE, CRAFPLAY, CUTE CHERRY, DISPLAY IT, DONGXIAO, DOTLITE, ECSTATICPARTY, ELSANIKO, FRUITFUL PARTY, GLIGLITTR, GLORY PARTERNER, HABBIPET, JENNIFER PER, JIAZSTYLED, JIEJIN, JINBAORUI, JU XI, KANGGY, KIDSINWE, KISS MONKEY, KOBIT DIRECT, KUANCHENGQUXINFAFAXIANSHENGXIAN, LEJIAWANG, LIANQIANMAOYIY, LYNHEVA, PAKBOOM, PARTY WELL, PEACOCKUI, QIYNAO, RONGFUCHANG, SENWAN GIFT STORE, SHAMI, SIENON, SQZKZC, STARINGIRL, SUMMERDAYS, TIME-KILLER, TOYS POUCH, WEI MI, WHHOKNB, XIANHEYUANXINGONGMAOYOUXIANGONGSI-25, XINGRONGSHENG, YAMATCH DIRECT, YAWDYA, YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI, YUJIAXINGGONGSI, YUYOUJIA, ZHAO2888, ZHONGZHUANG and ZITADA,
                          Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 20, 2022, judgment is granted in favor of plaintiff on all claims properly pled against the defaulting defendants in the complaint. Plaintiff is awarded Seventy-Five Thousand Dollars ($75,000.00) in statutory damages against each defaulting defendant pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act and/or 17 U.S.C. § 504(c) of the Copyright Act, in the amount of $2,250,000.00, as well as post-judgment interest at the

statutory rate set forth in 28 U.S.C. § 1961(a). Any failure by the defaulting defendants to comply with the terms of the Order shall be deemed contempt of Court, subjecting the defaulting defendants to contempt remedies to be determined by the Court, including fines and seizure of property. The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that plaintiff submitted in connection with this action to counsel for plaintiff, Epstein Drangel, LLP, 60 East 42nd Street, Suite 1250, New York, NY 10165. This Court shall retain jurisdiction over the action and the parties in order to construe and enforce the Order.

**DATED**: New York, New York
December 21, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

BY: *K. Mango*
**Deputy Clerk**